IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JULIUS L. IVY,

    Plaintiff,

v.

CATHY A. JESS, JOHN PAQUIN, MARK HEISE, K. BUSKE, BRUCE SIEDSCHLAG, REBECCA BARTEL, MS. RYAN and KAREN BELLILE,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-825-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for failure to state a claim.

/s/                                       4/17/2017

Peter Oppeneer, Clerk of Court          Date